# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-06314-RGK-SK | Date | November 10, 2022 |
|---|---|---|---|
| Title | *Shah v. Matter of the City of Los Angeles* | | |

**JS6**

Present: The Honorable **R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE**

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff: Not Present

Attorneys Present for Defendants: Not Present

**Proceedings:** **(IN CHAMBERS) Order Closing Case**

On July 28, 2022, a judge in Los Angeles Superior Court issued an abatement warrant. (*See* Notice of Removal, Ex. A, ECF No. 1.) Twelve individuals, who describe themselves as "Petitioners and Objectors," filed a notice of removal with this Court, attaching this abatement warrant. These "Petitioners" neither attached a complaint nor identified a case number or pending state court action to which they are a party. As such, there is no "case" or "controversy" that this Court—or any court—can adjudicate. *See* U.S. Const. art III. The Court thereby **CLOSES** this matter and **DENIES** the City of Los Angeles' motion to remand (ECF No. 9) **as moot**. The Court's Order to Show Cause [14] issued on November 3, 2022 is accordingly vacated.

**IT IS SO ORDERED.**

: _____

JRE/k